UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE



FILED
SEP 07 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) 3:20-CR-26
v. )
) JUDGES CRYTZER/POPLIN
BRADLEY TODD DIXON, )
)
Defendant. )

## SUPERSEDING INFORMATION

The Acting United States Attorney charges that:

### COUNT 1

From on or about February 19, 2016, to on or about March 3, 2016, within the Eastern District of Tennessee and elsewhere, defendant BRADLEY TODD DIXON did knowingly distribute in interstate and foreign commerce child pornography, as defined in Title 18, United States Code, Section 2256(8)(B), that had been transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

### COUNT 2

On or about July 26, 2018, within the Eastern District of Tennessee, defendant BRADLEY TODD DIXON did knowingly possess material which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(B), that involved a prepubescent minor and minor who had not attained 12 years of age, and which had been transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT 3

On or about May 15, 2020, within the Eastern District of Tennessee and elsewhere, defendant BRADLEY TODD DIXON did knowingly distribute in interstate and foreign commerce child pornography, as defined in Title 18, United States Code, Section 2256(8)(B), that had been transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

FRANCIS M. HAMILTON III
Acting United States Attorney
Eastern District of Tennessee

By: /s/
Matthew T. Morris
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, TN 37902
(865) 545-4167
matt.morris@usdoj.gov
GA Bar No. 524420

2