

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case #: 3:20-cr-026-1                                                Date: May 5, 2022

## United States of America    vs.    Bradley Todd Dixon

**PROCEEDINGS: In Person Sentencing.** Neither party had any objections to the Presentence Investigative Report.

---

THE HONORABLE KATHERINE A. CRYTZER, UNITED STATES DISTRICT JUDGE PRESIDING

---

| | | |
|---|---|---|
| Jason Huffaker | Terri Grandchamp | Kharmon Anderson |
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| | |
|---|---|
| Matthew T. Morris | Douglas A. Trant |
| **Asst. U.S. Attorney** | **Attorney for Defendant** |

- ■ Allocution given by defendant
- ■ Government's Motion for Acceptance of Responsibility   ■ granted   ☐ denied
- ☐ Government's Motion                                    ☐ granted   ☐ denied
- ☐ Defendant's Motion for Variance                        ☐ granted   ☐ denied

■ **JUDGMENT OF THE COURT:**

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 109 months. This sentence consists of 109 months as to each of Counts 1, 2, and 3 of the Superseding Information; all such terms to be served concurrently. Upon release from imprisonment, the defendant shall be on supervised release for the term of 15 years. This term consists of 15 years as to each of Counts 1, 2, and 3 of the Superseding Indictment; to be served concurrently. The defendant shall not commit another federal, state, or local crime; shall comply with standard conditions that have been adopted by this Court Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess a firearm, any ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. No fine imposed. The defendant shall comply with the special conditions (13) set forth in the J&C.

■ **COURT RECOMMENDATIONS:**

The court recommends the defendant undergo a complete mental health evaluation and receive appropriate treatment while serving his term of imprisonment. Lastly, the court recommends the defendant be designated to FMC Butner, North Carolina as to BOP deems appropriate.

- ■ Special assessment: $300.00
- ■ Defendant remanded to custody

2:39 – 3:13